

FILED
AUG 2 2 2011
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-40166 |
| Plaintiff, | |
| vs. | **FINAL ORDER OF FORFEITURE** |
| ANDREW XAVIER SEAY, | |
| Defendant. | |

This Court entered a Preliminary Order of Forfeiture on October 13, 2010, ordering Defendant to forfeit certain property, specified as:

(1) Sears & Roebuck, model 200, 12 gauge shotgun, bearing serial number P226480;

(2) Winchester 12 gauge shotgun, bearing serial number 11BMZ02125;

(3) Browning .40 caliber pistol, bearing serial number 2W5N51767;

(4) Taurus .45 caliber pistol, bearing serial number NAR92524.

Notice of the Preliminary Order of Forfeiture was given by publication from December 3, 2010, through and including January 2, 2011, and personal notice sent to potential claimants. No timely claim has been filed.

The Court finds that Defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §2461(c).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-described property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

IT IS FURTHER ORDERED that the United States District Court will retain jurisdiction in the case for the purpose of enforcing this Order.

Dated this 22nd day of August, 2011.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _____
DEPUTY